# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: COOPER, DAVID A.                                   §    Case No.  09-25042
                                                         §
                                                         §
Debtor(s)                                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH R. VOILAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Northern District of Illinois

219 S. Dearborn

Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00 on 09/16/2010 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  08/07/2010          By:  JOSEPH R. VOILAND
                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: COOPER, DAVID A.         §    Case No.  09-25042

                          §

                          §

Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $          100,026.21 |
| *and approved disbursements of* | $                 0.00 |
| *leaving a balance on hand of* [1] | $          100,026.21 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee | JOSEPH R. VOILAND | $          8,251.01 | $          881.43 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $242,044.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | Jodii Cooper | $   242,044.85 | $   90,887.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 705,351.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | M&I Bank | $   29,596.97 | $   0.00 |
| 2 | Chase Bank USA, N.A. | $   248,136.79 | $   0.00 |
| 3 | Chase Bank USA, N.A. | $   35,221.54 | $   0.00 |
| 5 | American Express Bank, FSB | $   12,210.00 | $   0.00 |
| 6 | Mandalay Bay | $   100,000.00 | $   0.00 |
| 7 | West Suburban Bank | $   201,051.40 | $   0.00 |
| 8 | Haas and McLennan | $   79,135.22 | $   0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:   /s/JOSEPH R. VOILAND
                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon                    Page 1 of 2              Date Rcvd: Aug 09, 2010
Case: 09-25042               Form ID: pdf006                 Total Noticed: 37

The following entities were noticed by first class mail on Aug 11, 2010.
```
db          +David A. Cooper,    4000 Green Willow Lane,   Saint Charles, IL 60175-5176
aty         +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
aty         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
tr          +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14148274     AdvantaBank Corp,    POB 8088,    Philadelphia, PA 19101-8088
14148275     American Express,    Box 0001,    Los Angeles, CA 90096-0001
15419499     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14148277    +Bank of America,    Pierce & Associates P C,    1 North Dearborn Suite 1300,
              Chicago, IL 60602-4373
14148280    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:  Chase,   POB 52195,   Phoenix, AZ 85072-2195)
14148278     Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
14148279    +Casement Mortgage Brokers,    1595 Weld Rd., Ste. 4,    Elgin, IL 60123-5896
14148282     Chase - Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
14148283    +Chase Bank,    % Michael D. File,    131 S. Dearborn St., 5th Fl.,    Chicago, IL 60603-5571
15364900     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14148284     Countrywide Home Loans,    POB 650225,    Dallas, TX 75265-0225
14148285     Fifth Third Bank,    POB 740778,    Cincinnati, OH 45274-0778
14148286     Fifth Third Bank,    POB 740789,    Cincinnati, OH 45274-0789
14148287    +First Franklin Mortgage,    % LaSalle Bank, NA,    39 S. LaSalle St., Ste. 400,
              Chicago, IL 60603-1626
14148288     Fisher and Shapiro,    4201 Lake Cook Rd.,    Northbrook, IL 60062-1060
15205558    +Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
15199747    +Friendly Ford,    333 E Irving Park Rd,    Roselle, IL 60172-4805
14148289    +GM Card,    HSBC Card Services,    POB 37281,    Baltimore, MD 21297-3281
15199749    +Ground Zero Properties LLC,    27W250 St Charles Rd,    West Chicago, IL 60185-1763
14148290    +Haas and McLennan,    C/O Sarah L Poeppel Atty at Law,    608 S Washington Street Ste 207,
              Naperville, IL 60540-6657
14148291    +Jodii Cooper,    2645 Bobwhite Lane,    West Chicago, IL 60185-5948
14148293     LaSalle Bank, N.A.,    135 S. LaSalle St.,    Dept 8044,    Chicago, IL 60674-8044
15199750    +Landscape material & Firewood Sales Inc,    27W250 St Charles Rd,    West Chicago, IL 60185-1763
15331551    +M&I Bank,    770 N Water St,    ASC-CP,    Milwaukee, WI 53202-3509
14148294    +M&I Marshall & Ilsley Bank,    770 N. Water St.,    Milwaukee, WI 53202-3509
14148295    +Mandalay Bay,    POB 98880,    Las Vegas, NV 89195-0001
14148296    +NICOR - Northern IL Gas Co.,    Attn: Bank. & Collections,    POB 549,    Aurora, IL 60507-0549
14148297    +Pierce & Associates,    1 North Dearborn, Ste. 1300,    % Bank of America,    Chicago, IL 60602-4321
14148298    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,   855 South Randall,   Saint Charles, IL 60174)
14148299     Wells Fargo Home Mortgage,    POB 5296,    Carol Stream, IL 60197-5296
15199748    +West Suburban Bank,    C/O Ms Gina B Krol,    105 w Madison St Ste 1100,    Chicago, IL 60602-4600
```

The following entities were noticed by electronic transmission on Aug 09, 2010.
```
14148276     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                      Asset Aceptance LLC,
              % Nicor Gas,    POB 2036,    Warren, MI 48090-2036
14148281     Fax: 602-221-4614 Aug 09 2010 22:59:24      Chase,    Undeliverable Mail Only-CAF,    POB 78067,
              Phoenix, AZ 85062-8067
                                                                                         TOTAL: 2
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14148292     ##+Johnson, Blumberg & Assoc.,    39 S. LaSalle St., Ste. 400,    Chicago, IL 60603-1626
                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: kseldon          Page 2 of 2          Date Rcvd: Aug 09, 2010
Case: 09-25042               Form ID: pdf006         Total Noticed: 37
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2010                    Signature:    _Joseph Speetjens_